**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **CRAIG ALLEN SHEPPARD,** | * | Criminal No.: WDQ-11-259 |
| | | Civil No. :    WDQ-14-1925 |
| Petitioner. | * | |

...oOo...

**GOVERNMENT'S MOTION TO STAY PROCEEDINGS**

The United States of America, by its undersigned counsel, hereby files this Motion to Stay proceedings regarding the second Motion to Vacate or Correct Illegal Sentence pursuant to 28 U.S.C. § 2255 filed by the Craig Allen Sheppard.   For the reasons stated below, the Court should grant the Motion to Stay Proceedings .

1. Defendant filed a motion for post-conviction relief on June 13, 2014, relying upon *United States v. Whiteside*, 748 F.3d 541 (4th Cir. 2014), which was decided on April 8, 2014. *Whiteside* held that as a matter of first impression, an erroneous application of the career offender enhancement amounts to a fundamental miscarriage of justice that is cognizable on collateral review. *Whiteside* also held that the one year statute of limitations would be equitably tolled for a defendant so affected.

2. On July 10, 2014, the Fourth Circuit granted a petition for rehearing *en banc* on the issues presented in *Whiteside* and which are certainly dispositive of Petitioner's claim to be entitled to a re-sentencing as a non-career offender, even though he was in fact a career offender at the time of his sentencing.

1

3. The Petitioner is incarcerated and the government does not know whether Petitioner objects to this motion.

WHEREFORE, in the interest of judicial economy, the government moves this Court grant a stay of proceedings, and stay of the scheduling order in this case until such time as the Fourth Circuit decides *en banc*, *Whiteside v. United States.*

> Respectfully submitted,
>
> Rod J. Rosenstein
> United States Attorney
>
> By: _____/s/_____
> A. David Copperthite
> Assistant United States Attorney
> 36 South Charles Street, Fourth Floor
> Baltimore, Maryland 21201

I HEREBY CERTIFY, that a copy of the foregoing Motion was mailed to the Petitioner at his place of incarceration.

> By: _____/s/_____
> A. David Copperthite
> Assistant United States Attorney